for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 854. SCHECHTER ET AL. *v.* UNITED STATES; and No. 864. UNITED STATES *v.* A. L. A. SCHECHTER POULTRY CORP. April 15, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Joseph Heller* for Schechter et al. *Solicitor General Reed* for the United States.

No. 817. SUPERINTENDENT OF FIVE CIVILIZED TRIBES *v.* COMMISSIONER OF INTERNAL REVENUE. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Thomas J. Reilly* for petitioner. *Solicitor General Reed* for respondent.

No. 805. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* CITY BANK FARMERS TRUST Co. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. John MacC. Hudson* and *James W. Morris* for petitioner. *Mr. Russell L. Bradford* for respondent.

No. 819. AMERICAN SURETY Co. *v.* WESTINGHOUSE ELECTRIC MANUFACTURING Co. ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Francis B. Carter* and *Francis B. Carter, Jr.,* for petitioner. *Messrs.*